IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Applicant, | ) ) CIVIL ACTION NO. 1:25-cv-7201 |
| v. | ) ) ) |
| MAUSER PACKAGING SOLUTIONS | ) ) ) |
| Respondent. | ) ) |

**Application for an Order to Show Cause Why
an Administrative Subpoena Should Not Be Enforced**

1. This is an action for enforcement of a subpoena issued pursuant to Section 710 of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-9 and Subsections 7(a) and (b) of the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §626(a), (b).

2. Jurisdiction is conferred upon the Court by Section 706(f)(3) of Title VII, 42 U.S.C. § 2000e-5(f)(3), by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9, and by Section 9 of the Federal Trade Commission Act of 1914, as amended, 15 U.S.C. §49, incorporated in Section 9 of the Fair Labor Standards Act, as amended, 29 U.S.C. §209, and, through that section, in Section 7(a) of the ADEA, 29 U.S.C. §626(a).

3. Applicant, Equal Employment Opportunity Commission ("EEOC"), is the federal agency charged with the administration, interpretation, and enforcement of Title VII and the ADEA, including the investigation of charges of unlawful employment practices, and is

authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9, and Section 7(a) of the ADEA, 29 U.S.C. §626(a).

4. The Respondent is an employer doing business in the States of Illinois and Pennsylvania with facilities at 903 N. Kilpatrick Ave., Chicago, IL 60651; 3201 S. Millard Ave., Chicago, IL 60623; 2000 S. Kilbourn Ave., Chicago, IL 60623; 3200 S. Kilbourn Ave., Chicago, IL 60623; 3620 W. 38th St., Chicago, IL 60632; 610 W. 81st St., Chicago, IL 60620; 2500 E. 107th St, Bolingbrook, IL 60440; and 1400 Welsh Rd, North Wales, PA 19454.

5. On February 12, 2025, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9) and under Section 7(a) of the ADEA, 29 U.S.C. §626(a) (incorporating 29 U.S.C. §209, which in turn, incorporates 15 U.S.C. §49), the EEOC issued to the Respondent Subpoena No. CH-2025-05, which was duly served on the Respondent.

6. Subpoena No. CH-2025-05 required the Respondent to provide access to eight of its facilities for inspection and access to employees for interviews, which is necessary for EEOC's investigation of charges of unlawful employment practices filed against Respondent, Charge Nos. 440-2024-04687, 440-2024-02675.

7. The Respondent filed a Petition to Revoke. On May 7, 2025, the Commission issued a Determination denying Respondent's Petition to Revoke and partially modifying the subpoena.

8. The Respondent has refused to comply with Subpoena No. CH-2025-05.

9. Respondent's failure to comply with the Subpoena has delayed and hampered the EEOC's investigation.

10. The accompanying Declaration of Amrith Aakre, District Director, filed concurrently hereafter, and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, the Equal Employment Opportunity Commission prays:

a) That the Court issue an Order directing the Respondent to appear before this Court and to show cause, if there be any, why an Order should not issue directing the Respondent to comply with the subpoena;

b) That, upon return of the Order to Show Cause, an Order issue directing the Respondent to comply with the subpoena; and

c) That the Equal Employment Opportunity Commission be granted its costs and such further relief as may be necessary and appropriate.

Respectfully submitted,

s/ Emma Heo
Emma Heo (IL Bar # 6337680)
Trial Attorney
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Chicago District Office
230 S. Dearborn Ave., Suite 2920
Chicago, IL 60604
Emma.heo@eeoc.gov
Telephone: 312-872-9740

Ethan M. M. Cohen (IL Bar #6206781)

Assistant Regional Attorney
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Chicago District Office
230 S. Dearborn Ave., Suite 2920
Chicago, IL 60604
Ethan.cohen@eeoc.gov
Telephone: 312-872-9679